COMMONWEALTH of Pennsylvania, Respondent

v.

Aaron FRAZIER, Petitioner

No. 349 EAL 2016

Supreme Court of Pennsylvania.

January 17, 2017

## ORDER

PER CURIAM

**AND NOW,** this 17th day of January, 2017, the Petition for Allowance of Appeal is **DENIED.**